UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GLADYS CARTER, ET AL.,<br>Plaintiffs | CIVIL DOCKET NO. 1:22-CV-05427 |
| VERSUS | DISTRICT JUDGE DRELL |
| LAKELAND PLANTING CO., ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Bray's and Washington's Motions to Dismiss for Res Judicata (ECF Nos. 8, 17) are GRANTED, and Plaintiffs' action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 2ND day of February 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT